UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARNALDO RAFAEL PINO ALVAREZ,
A# 024–650–355,

    Petitioner,

v.                                                  4:18cv30–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed April 2, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

    2. Respondents' motion to dismiss (doc. 7) is GRANTED.

    3. Petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot based on Petitioner's release from detention.

    4. The clerk shall enter judgment stating: "All claims are DISMISSED."

    DONE AND ORDERED this   1st   day of   May  , 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE